**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES GIBSON; LAURIE GIBSON, husband and wife,<br><br>　　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>OWYHEE PRODUCE, LLC, an Oregon limited liability company,<br><br>　　　　　Defendant - Appellee. | No. 12-35981<br><br>D.C. No. 3:11-cv-01132-SI<br><br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Oregon
Michael H. Simon, District Judge, Presiding

Argued and Submitted July 8, 2014
Portland, Oregon

Before: PREGERSON, PAEZ, and WATFORD, Circuit Judges.

We VACATE the district court's grant of partial summary judgment, and

REMAND for further consideration in light of the Oregon Court of Appeals's

intervening decision in *Spain v. Jones*, 308 P.3d 257 (Or. Ct. App. 2013).

---

　　　[*]　　This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

The parties shall bear their own costs on appeal.

**VACATED and REMANDED.**